# United States Court of Appeals
## For the First Circuit

No. 24-1805

LUIS ADRIÁN CORTÉS-RAMOS,

Plaintiff, Appellant,

v.

ENRIQUE MARTIN-MORALES, a/k/a Ricky Martin,

Defendant, Appellee,

JOHN DOE; RICHARD ROE, and their respective insurance companies,

Defendants.

**ERRATA SHEET**

The opinion of this Court, issued on June 12, 2026, is amended as follows:

On page 27, line 13, replace "Onto" with "On to".

On page 32, line 10, insert "of" between "much a".

On page 34, line 15, insert "of" between "threshold materiality".